```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
RICHARD LEVITT, Esq.                    MEMORANDUM AND ORDER
                                        11-CV-1088 (JS)(AKT)
                Plaintiff,

        -against-

DAVID H. BROOKS,

                Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:     Richard Ware Levitt, pro se
                   Levitt & Kaizer
                   40 Fulton Street, 23rd Floor
                   New York, NY 10038

David Brooks:      David M. Goldstein, Esq.
                   David M. Goldstein, P.A.
                   286 NE 39th Street
                   Miami, FL 33137

                   Gerald L. Shargel, Esq.
                   Law Office of Gerald Shargel
                   570 Lexington Avenue
                   New York, NY 10022

                   Ira Lee Sorkin, Esq.
                   Mauro Michael Wolfe, Esq.
                   Dickstein Shapiro LLP
                   1177 Avenue of the Americas
                   New York, NY 10036

                   James M. LaRossa, Esq.
                   200 East 64th Street, Apt 14D
                   New York, NY 10065

                   Jeffrey H. Lichtman, Esq.
                   Law Offices of Jeffrey Lichtman
                   750 Lexington Ave, 15th Floor
                   New York, NY 10022

                   John C. Meringolo, Esq.
                   Meningolo and Associates, P.C.
                   1790 Broadway, Suite 1501
```

New York, NY 10019

Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, NY 10019

Kenneth Ravenell, Esq.
The Murphy Firm
One South Street, 23rd Floor
Baltimore, MD 21202

Laurence S. Shtasel, Esq.
Blank Rome LLP
The Chrysler Building
One Logan Square
Philadelphia, PA 19103

Roger V. Archibald, Esq.
16 Court Street, Suite 2400
Brooklyn, NY 11241

Zaki I. Tamir, Esq.
Gofer Tamir and Associates
55 Broad Street, 26th Floor
New York, NY 10004

SEYBERT, District Judge:

Pending before the Court is Attorney Richard Levitt's motion to compel Defendant David H. Brooks to pay him $224,956.16 in attorney fees owed for representing him in a related criminal matter, 06-CR-550. The Court hears this dispute through the exercise of its ancillary jurisdiction. See Garcia v. Teitler, 443 F.3d 202, 208 (2d Cir. 2006) (resolving fee disputes resulting from pending criminal matters falls within the Court's ancillary jurisdiction).

Mr. Levitt has affirmed, under penalty of perjury, that Mr. Brooks has repeatedly not contested the amount owed. Instead, according to Mr. Levitt, Mr. Brooks has fully conceded the debt but nevertheless refuses to pay it, claiming penury, despite finding the money to hire two new attorneys. See Docket No. 1 at ¶¶ 6-8; Docket No. 8 at ¶¶ 5.

Mr. Brooks, while opposing Mr. Levitt's motion, acknowledges its central points, noting that he has "acknowledged his debt to Levitt before this Court," but claims that he has "made every attempt to satisfy it." (November 4, 2010 Under Seal Submission). Mr. Brooks argues only that Mr. Levitt should not be entitled to "jump the line" ahead of Mr. Brooks' other creditors through this motion.

Mr. Brooks' objections are without merit. Mr. Brooks' other creditors are entitled to seek whatever relief they deem appropriate, as Mr. Levitt has done through this motion. The debt being uncontested, Mr. Levitt has every right to seek to enforce it and collect it.

Consequently, Mr. Levitt's motion is GRANTED. Mr. Brooks is ORDERED to pay Mr. Levitt $224,956.16. Moreover, as this Court has sua sponte converted Mr. Levitt's motion into an independent civil action, Mr. Levitt is entitled to a Judgment in that amount. Consequently, the Clerk of the Court is directed to docket a judgment in Plaintiff Richard Levitt's

3

favor, in the amount of $224,956.16, against Defendant David H. Brooks.  The Clerk of the Court is further directed to mark this matter as CLOSED.

                                SO ORDERED.

                                /s/ JOANNA SEYBERT_____
                                Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           March __14_, 2011